**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00479-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      MARCELLA ESTRADA,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      This will confirm that a probation revocation hearing regarding Defendant Estrada is set **May 18, 2007 at 10:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  Defendant must be present.

Dated:  February 27, 2007