**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  06-cr-00479-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      MARCELLA ESTRADA,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a supervised release violation hearing regarding Defendant Estrada is set **Wednesday, January 13, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  January 6, 2010